IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOTERO SOTO, | 1:08-cv-01677-LJO-TAG  (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION |
| vs. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | (DOCUMENT #9) |
|     Respondent. | THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 5, 2009, Petitioner filed a motion to extend the time to file an amended petition. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty (30) days from the date of service of this order in which to file an amended petition.

IT IS SO ORDERED.

Dated: **January 7, 2009**                **/s/ Theresa A. Goldner**
                                                     UNITED STATES MAGISTRATE JUDGE