IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOTERO SOTO, | 1:08-cv-01677-LJO-TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S THIRD MOTION FOR EXTENSION OF |
| vs. | TIME TO FILE AMENDED PETITION |
| PEOPLE OF THE STATE OF CALIFORNIA, | (DOCUMENT #13) |
| Respondent. | TWENTY-DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 30, 2009, petitioner filed a motion to extend time to file an amended petition. (Doc. 13). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted twenty days from the date of service of this order in which to file an amended petition.

IT IS SO ORDERED.

Dated: **April 2, 2009**                  **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE